FILED: May 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-4252
(1:18-cr-00457-AJT-1)

———————————

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

BIJAN RAFIEKIAN, a/k/a Bijan Kian

    Defendant - Appellee

———————————

O R D E R

———————————

Upon consideration of the government's unopposed motion for an extension of time to file a petition for rehearing, the court grants the motion. Any motion for rehearing will be due on or before July 3, 2023.

For the Court

/s/ Patricia S. Connor, Clerk