FILED: July 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4252
(1:18-cr-00457-AJT-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

BIJAN RAFIEKIAN, a/k/a Bijan Kian

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered May 18, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*